■ In the Matter of the Application of KENNETH H. COHN for Reinstatement as an Attorney, Petitioner.—Application for reinstatement granted and petitioner, Kenneth H. Cohn, reinstated as an attorney and counselor-at-law, effective immediately. Order entered. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.

■ In the Matter of the Application of HYATH B. GROSS for Reinstatement as an Attorney, Petitioner.—Application for reinstatement granted and petitioner, Hyath B. Gross, reinstated as an attorney and counselor-at-law, effective immediately. Order entered. Mahoney, P. J., Casey, Weiss, Mikoll and Yesawich, Jr., JJ., concur.